UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. M:06-cv-01793-CRB<br><br>MDL No. 1793<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| This Document Relates to:<br><br>ALL ACTIONS | |

**[PROPOSED] ORDER GRANTING MOTION TO RELATE CASES**

On August 22, 2007, Plaintiff in the action *McLean. v. Korean Air Lines Co., Ltd., et al.,* Northern District Case No. C-07-4297 filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12, seeking to relate that action to this action. Upon consideration of the papers and pleadings on file, and good cause appearing, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the following case is reassigned to the undersigned judge as a related case:

1. *McLean. v. Korean Air Lines Co., Ltd.,* Case No. C-07-4297.

Dated: _August 24_____, 2007

_____
Hon. Charles R. Breyer
United States District Court Judge



[PROPOSED] ORDER GRANTING MOTION TO RELATE CASES - 2 -