1 | Michael P. Lehmann (77152)
**COHEN, MILSTEIN,**
2 | **HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
3 | Suite 2440
San Francisco, CA 94111
4 | Telephone: (415) 983-3321
Facsimile: (415) 986-3643

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MC LEAN, individually and on behalf of others similarly situated, | Case No. C 07-4297 CRB |
| Plaintiff, | Hon. Charles Breyer |
| v. | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS:**

Notice is hereby give that Plaintiffs' counsel, Michael P. Lehmann, of Cohen Milstein Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 526, San Francisco, CA 94111, hereby changes his address effectively immediately. His new address is:

> Michael P. Lehmann
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> One Embarcadero Center, Suite 2440
> San Francisco, CA 94111
> Tel: (415) 983-3321
> Fax (415 986-3643

1
2                                              Respectfully submitted,
3
4  Dated:  December 6, 2007         COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
5
6                                               */s/Michael P. Lehmann*
                                                Michael P. Lehmann
7                                               COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
                                                One Embarcadero Center.
8                                               Suite 2440
                                                San Francisco, CA  0094111
9                                               T:  (415) 986-3321
                                                F:  (415) 986-3643
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.

Notice of Change of Address
Case No. C 07-4297 CRB                                              -2-