Michael P. Lehmann (77152)
**COHEN, MILSTEIN,**
**HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 983-3321
Facsimile: (415) 986-3643

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES LEE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., <br><br> Defendants. | Case No. C 07-4297 CRB <br><br> Hon. Charles Breyer |

**NOTICE OF CHANGE OF ADDRESS:**

Notice is hereby give that Plaintiff's counsel, Michael P. Lehmann, of Cohen Milstein Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 526, San Francisco, CA 94111, hereby changes his address effectively immediately. His new address is:

Michael P. Lehmann
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Tel: (415) 983-3321
Fax (415 986-3643

Cohen, Milstein,
Hausfeld & Toll
P.L.L.C.

Notice of Change of Address
Case No. C 07-4297 CRB

-1-

1

2                      Respectfully submitted,

3

4    Dated:  December 6, 2007        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

5

6                     */s/Michael P. Lehmann*

7                     Michael P. Lehmann
                     COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

8                     One Embarcadero Center
                    Suite 2440

9                     San Francisco, CA  94111
                    T:  (415) 986-3321
                    F:  (415) 986-3643

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.

Notice of Change of Address
Case No. C 07-4297 CRB        - 2-