Michael P. Lehmann (77152)
**COHEN, MILSTEIN,
HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 229-2080
Facsimile:  (415) 986-3643

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MC LEAN, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>　　　　　　　Defendants. | Case No. C 07-4297 CRB<br><br>Hon. Charles Breyer |

**NOTICE OF CHANGE OF ADDRESS:**

　　Notice is hereby give that Plaintiffs' counsel, Michael P. Lehmann, of Cohen Milstein Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 2440, San Francisco, CA 94111, hereby changes his telephone number effective immediately.  His new telephone number is:

　　　　　　Michael P. Lehmann
　　　　　　Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
　　　　　　One Embarcadero Center, Suite 2440
　　　　　　San Francisco, CA 94111
　　　　　　Tel:  (415) 229-2080
　　　　　　Fax  (415 986-3643

1

Respectfully submitted,

2

Dated: January 3, 2008

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

3

4

5

 */s/Michael P. Lehmann*

6

Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center.
Suite 2440
San Francisco, CA  0094111
T:  (415) 229-2080
F:  (415) 986-3643

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Notice of Change of Address
Case No. C 07-4297 CRB

-2-