| | |
|---|---|
| 1 | Michael P. Lehmann (77152) |
| | **COHEN, MILSTEIN,** |
| 2 | **HAUSFELD & TOLL, P.L.L.C.** |
| | One Embarcadero Center |
| 3 | Suite 2440 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 229-2080 |
| | Facsimile:  (415) 986-3643 |
| 5 | |
| 6 | *Attorneys for Plaintiff* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES LEE, individually and on behalf of all others similarly situated, | Case No. C 07-4297 CRB |
| Plaintiff, | Hon. Charles Breyer |
| v. | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | |
| Defendants. | |

### NOTICE OF CHANGE OF ADDRESS:

Notice is hereby give that Plaintiff's counsel, Michael P. Lehmann, of Cohen Milstein Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 2440, San Francisco, CA 94111, hereby changes his telephone number effectively immediately.  His new telephone number is:

> Michael P. Lehmann
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> One Embarcadero Center, Suite 2440
> San Francisco, CA 94111
> Tel:  (415) 229-2080
> Fax  (415 986-3643

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Dated: January 3, 2008 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
| 4 | | |
| 5 | | */s/Michael P. Lehmann* |
| 6 | | Michael P. Lehmann<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
| 7 | | One Embarcadero Center<br>Suite 2440 |
| 8 | | San Francisco, CA  94111<br>T:  (415) 229-2080<br>F:  (415) 986-3643 |

(Lines 9–28 blank)

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Notice of Change of Address
Case No. C 07-4297 CRB                                     - 2-